UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSHUA CAIN GEORGE                                    CIVIL ACTION

VERSUS                                                NO. 07-986

WARDEN JEFFERY TRAVIS, ET AL.                         SECTION "R"(1)

### ORDER

The Court has reviewed de novo the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objections to the Magistrate Judge's Report and Recommendation.  The Magistrate Judge's recommended ruling is correct and there is no merit to petitioner's objections.  Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion herein.

IT IS ORDERED that plaintiff's federal civil rights claims against the defendants in their official capacities are DISMISSED WITHOUT PREJUDICE as barred by the Eleventh Amendment.

IT IS FURTHER ORDERED that plaintiff's federal civil rights claims against the defendants in their individual capacities are

DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2) and 28 U.S.C. § 1915A(b)(1) as frivolous and for otherwise failing to state a claim on which relief may be granted.

   IT IS FURTHER ORDERED that plaintiff's "motion to request a T.R.O. and injunctive relief" (R. Doc. 8) is DENIED.


   New Orleans, Louisiana, this __10th__ day of May, 2007.


               _____
                      SARAH S. VANCE
                UNITED STATES DISTRICT JUDGE